■ In the Matter of Custom Topsoil, Inc., et al., Respondents, v City of Buffalo et al., Appellants. (Appeal No. 3.) [879 NYS2d 749]—Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered May 12, 2008 in a proceeding pursuant to CPLR article 78. The order, among other things, granted the motion of petitioners/plaintiffs for leave to renew.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs (*see Ciesinski v Town of Aurora*, 202 AD2d 984 [1994]). Present—Scudder, P.J., Smith, Peradotto, Carni and Green, JJ.